B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **SOUTHERN** DISTRICT OF **CALIFORNIA** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FO-FARMER'S OUTLET, INC.,**<br>**a Corporation** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) **22-3890058** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1604 E. Holton Road**<br>**Holtville, CA**  ZIPCODE **92250** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: **Imperial** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 274**<br>**Holtville, CA**  ZIPCODE **92250** | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **SAME**  ZIPCODE | |

**Type of Debtor** (Form of organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other **Ag Retailer**

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (4/13)

FORM B1, Page   **2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *FO-FARMER'S OUTLET, INC.,*<br>*a  Corporation* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) |
|---|---|

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *CALIFORNIA SOUTHERN* | *15-05961-LA7* | *9/14/2015* |
| Location Where Filed: | Case Number: | Date Filed: |
| | | |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) |
|---|---|

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *Thomas A. Angulo* | *15-0955-LA13* | *9/14/2015* |
| District: | Relationship: | Judge: |
| *Southern* | *Principal* | *Hon.  Louise Adler* |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** |
| | Signature of Attorney for Debtor(s)          *11/18/2015*<br>       Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)

FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*FO-FARMER'S OUTLET, INC.,*<br>*a Corporation* |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

*Jerry Namba 120117*
Printed Name of Attorney for Debtor(s)

*Law Office of Jerry Namba*
Firm Name

*504 East Chapel Street*
Address

*Santa Maria, CA   93454*

*(805) 347-9848*
Telephone Number

*11/18/2015*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

*Thomas Angulo*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*11/18/2015*
Date

CSD 1801 [04/14/08]
Name, Address, Telephone No. & I.D. No.

Jerry Namba
Law Office of Jerry Namba
504 East Chapel Street
Santa Maria , CA  93454
Phone (805) 347-9848          Fax  (805) 347-9858
I.D. Number 120117

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

FO-FARMER'S OUTLET. INC.. a  Corporation

BANKRUPTCY NO.

                                                        Debtor.

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

PART I - DECLARATION OF PETITIONER

I [We] _____FO-FARMER'S OUTLET, INC._____ and _____,
the undersigned debtor(s), *hereby declare under penalty of perjury* that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐    [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

☑    [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: 11/18/2015

Signed:_____          _____
              (Applicant)                                              (Joint Applicant)
        FO-FARMER'S OUTLET, INC.

PART II - DECLARATION OF ATTORNEY

I *declare under penalty of perjury* that I have informed the petitioner, if an individual, that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that I have no knowledge after an inquiry that the information in the schedules is incorrect.

Dated: 11/18/2015

_____
Attorney for Debtor(s)
Jerry Namba                              Bar #:  120117
Law Office of Jerry Namba
504 East Chapel Street
Santa Maria , CA  93454
(805) 347-9848          Fax:    (805) 347-9858

CSD 1801

B6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re *FO-FARMER'S OUTLET, INC., a  Corporation*

Case No.

Chapter   7

_____ / Debtor

## SUMMARY OF SCHEDULES

indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $            0.00 | | |
| B-Personal Property | Yes | 4 | $        71,164.00 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $        30,335.88 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $        30,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $     1,380,256.88 | |
| G-Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $            0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $            0.00 |
| TOTAL | | 24 | $        71,164.00 | $     1,440,592.76 | |

B6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re *FO-FARMER'S OUTLET, INC., a Corporation*

Case No.

Chapter  7

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

FORM B6A (Official Form 6A) (12/07)

In re **FO-FARMER'S OUTLET, INC.**
_____ ,        Case No._____
Debtor(s)                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | None |
| | | | | |

|  | | **TOTAL $** (Report also on Summary of Schedules.) | 0.00 | |

No continuation sheets attached

B6B (Official Form 6B) (12/07)

In re *FO-FARMER'S OUTLET, INC.*       Case No. _____

Debtor(s)                                       (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Petty cash*<br>*Location: In debtor's possession* | | $864.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Rabobank*<br>*Location: 502 Holt Ave*<br>*Holtville, CA 92250*<br>*Acct # 0002513595* | | $6,400.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *Utility deposit - Imperial Irrigation District*<br>*Location: 333 E. Barioni Blvd*<br>*Imperial, CA 92251* | | $900.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. | X | | | |

B6B (Official Form 6B) (12/07)

In re _FO-FARMER'S OUTLET, INC._____,    Case No. _____
                              Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | _Account Receivable (Face value $114,660.35 but subject to offset and bad debt. Value listed is estimate of collectible accounts) Location: In debtor's possession_ | | $10,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _10 Ft. Enclosed Trailer 4FC5145 Location: In debtor's possession_ | | $1,000.00 |

B6B (Official Form 6B) (12/07)

In re _FO-FARMER'S OUTLET, INC._ _____,          Case No. _____
                        Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1987 Bob Tail (salvage)<br>Location: In debtor's possession | | $500.00 |
| | | 2001 Dodge van 4WFM043<br>Location: In debtor's possession | | $3,500.00 |
| | | 2008 Ford van 6NNZ505<br>Location: In debtor's possession | | $5,000.00 |
| | | 2015 Ford Explorer _Repossessed 11-19-15_<br>Location: In debtor's possession | | $25,000.00 |
| | | 22 Ft 2002 GMC Bobtail Truck 4LM6618<br>Location: In debtor's possession | | $7,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desks, chairs, office supplies<br>Location: In debtor's possession | | $1,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Computers, printer & copier<br>Location: In debtor's possession | | $500.00 |
| | | Kamatsu double forklift 510966A<br>Location: In debtor's possession | | $2,500.00 |
| | | Kamatsu single forklift D-737303<br>Location: In debtor's possession | | $1,500.00 |
| | | Kamatsu single forklift D737301<br>Location: In debtor's possession | | $1,500.00 |

B6B (Official Form 6B) (12/07)

In re _FO-FARMER'S OUTLET, INC._ _____,    Case No. _____
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | _Accessories, gloves, plastic mulch, paint sheets, rubber bands_<br>_Location: In debtor's possession_ | | $4,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __4__ of __4__

Total ➡    $71,164.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re FO-FARMER'S OUTLET, INC.                                      Case No._____
_____,
                    **Debtor(s)**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _7210_  _Creditor # : 1_ _Ford Credit_ _P.O. Box 552679_ _Detroit MI 48255-2679_ | | _8/2014_ _Purchase Money Security_ _2015 Ford Explorer_   Value: _$ 25,000.00_ | | | | $ 30,335.88 | $ 5,335.88 |
| Account No: | | Value: | | | | | |

| | | | | |
|---|---|---|---|---|
| No continuation sheets attached | | **Subtotal $** (Total of this page) | $ 30,335.88 | $ 5,335.88 |
| | | **Total $** (Use only on last page) | $ 30,335.88 | $ 5,335.88 |
| | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re __FO-FARMER'S OUTLET, INC._____,    Case No._____
                          **Debtor(s)**                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ **continuation sheets attached**

Official Form 6E (04/13) - Cont.

In re _FO-FARMER'S OUTLET, INC._____ ,    Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:    _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: _0058_  _Creditor # : 1_  _IRS_  _Centralized Insolvency Op_  _P. O. Box 7346_  _Philadelphia PA 19101-7346_ | | _2015_  _Payroll tax_  _@nd quarter_ | | | | $ _30,000.00_ | $ _30,000.00_ | $ _0.00_ |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotal $ (Total of this page) | _30,000.00_ | _30,000.00_ | _0.00_ |
|---|---|---|---|---|
|  | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | _30,000.00_ | | |
|  | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | _30,000.00_ | _0.00_ |

B6F (Official Form 6F) (12/07)

In re _FO-FARMER'S OUTLET, INC._____,     Case No. _____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *A&S SECURITY* *1646 West Chester Pike* *Suite 31* | | *Business debt* | | | | $ 129.90 |
| Account No: *Creditor # : 2* *A&S SECURITY INC.* *1761 West Adams Avenue* *El Centro CA* | | *Business debt* | | | | $ 64.95 |
| Account No: *Creditor # : 3* *AERP CONSULTING* *P.O. Box 21* *Marina CA 93933* | | *Business debt* | | | | $ 267.00 |

_12_ continuation sheets attached

|  | Subtotal $ | $ 461.85 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _FO-FARMER'S OUTLET, INC._____,    Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Creditor # : 4 <br> All COUNTY FIRE, INC. <br> 3183 Adams Avenue <br> San Diego CA | | | Business debt | | | | $ 658.13 |
| **Account No:** <br> Creditor # : 5 <br> Allied Credit/Alliance One <br> Attn: Bankruptcy <br> P.O. Box 2449 <br> Gig Harbor WA 98335 | | | Business debt | | | | $ 513.00 |
| **Account No:** <br> Creditor # : 6 <br> Allied Waste Service <br> P.O. Box 78829 <br> Phoenix AZ | | | Business debt | | | | $ 818.46 |
| **Account No:** <br> Creditor # : 7 <br> AlSCO LINEN & UNIFORM RENTAL <br> 3231 S. Florence Ln <br> Yuma AZ 85365 | | | Business debt | | | | $ 74.93 |
| **Account No:** 3002 <br> Creditor # : 8 <br> American Express Business Plat <br> P.O. Box 0001 <br> Los Angeles CA 90096-8000 | | | Business debt | | | | $ 37,928.68 |

Sheet No.   1   of   12   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 39,993.20

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re *FO-FARMER'S OUTLET, INC.* ,                                           Case No. _____
                    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 184.00 |
| Creditor # : 9<br>AT&T<br>P.O. Box 5025<br>Carol Stream IL 60197-5025 | | | Business debt | | | | |
| Account No: | | | | | | | $ 17,034.90 |
| Creditor # : 10<br>Automated Manf Concepts, LLC<br>Po Box 330508<br>Pacoima CA 91333 | | | Business debt | | | | |
| Account No: | | | | | | | $ 67,507.93 |
| Creditor # : 11<br>Bank of America<br>ATTN: Billing Inquiries<br>PO Box 15026<br>Wilmington DE 19850-5026 | | | Business debt | | | | |
| Account No: | | | | | | | $ 3,725.80 |
| Creditor # : 12<br>Best Buy<br>P.O. Box 790441<br>Saint Louis MO 63179 | | | Business debt | | | | |
| Account No: | | | | | | | $ 1,809.00 |
| Creditor # : 13<br>Blue Book Svc, INC.<br>845 E. Geneva Rd | | | Business debt | | | | |

Sheet No. __2__ of __12__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 90,261.63

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _FO-FARMER'S OUTLET, INC._____,        Case No. _____
                              **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | $ 393.50 |
| Creditor # : 14 CA LABOR LAW POSTER SERVICE 3687 Mt. Diablo Blvd. Ste 100 Lafayette CA 94549 | | | Business debt | | | | |
| **Account No:** | | | | | | | $ 15,780.08 |
| Creditor # : 15 Capital One P.O. Box 60067 City of Industry CA 91716-0067 | | | Business debt | | | | |
| **Account No:**   2493 | | | | | | | $ 1,243.82 |
| Creditor # : 16 Citibank N.A. P.O. Box 461210 Bedford OH 44146-1210 | | | Credit Card Purchases | | | | |
| **Account No:**   2493 | | | | | | | |
| Representing:  Citibank N.A. | | | McCarthy, Burgess &  Wolfe 2600 Cannon Roaad Bedford OH 44146 | | | | |
| **Account No:** | | | | | | | $ 3,637.40 |
| Creditor # : 17 Continental Western Corp P.O. Box 2418 San Leandro CA 94577 | | | Business debt | | | | |

Sheet No. _3_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 21,054.80

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _FO-FARMER'S OUTLET, INC._____,          Case No. _____

              **Debtor(s)**                                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 18 Credit Bureau of Imperial County P.O. Box 970 El Central CA | | | Business debt | | | | $ 500.00 |
| **Account No:** Creditor # : 19 De Lage Landen Financial Svc Inc P.O. Box 41602 Philadelphia PA 19101-1602 | | | | | | | $ 0.00 |
| **Account No:** Creditor # : 20 DMV RENEWAL P.O. Box 942897 Sacramento CA | | | Business debt | | | | $ 498.00 |
| **Account No:** Creditor # : 21 Effie Anastassiou, Esq. 242 Capital Street P.O. Box 2210 Salinas CA 93901 | | | Business debt | | | | $ 4,498.31 |
| **Account No:** Creditor # : 22 Fedex P.O. Box 7221 Pasadena CA | | | Business debt | | | | $ 764.17 |

Sheet No. __4__ of __12__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   **Subtotal $**        $ 6,260.48

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re *FO-FARMER'S OUTLET, INC.*_____ ,          Case No. _____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 23 <br> Ford Credit <br> P.O. Box 39 <br> Orange CA 92666-0039 | | | Business debt | | | | $ 3,777.32 |
| Account No: <br> Creditor # : 24 <br> Frazee Industries, Inc <br> 1950 S. 4th St <br> El Centro CA | | | Business debt | | | | $ 1,142.80 |
| Account No: <br> Creditor # : 25 <br> Gardener Trucking Inc <br> P.O. Box 747 <br> Chino CA 91708 | | | Business debt | | | | $ 10,324.10 |
| Account No:    5428 <br> Creditor # : 26 <br> Home Depot <br> P.O. Box 6031 <br> The Lakes NV 88901 | | | Business debt | | | | $ 8,480.43 |
| Account No:    001 <br> Creditor # : 27 <br> Hutchinson and Bloodgood <br> 3205 S. Dogwood Rd <br> El Centro CA 92243 | | | Accounting services | | | | $ 32,000.00 |

Sheet No. __5__ of __12__ continuation sheets attached to Schedule of          **Subtotal $**          $ 55,724.65
Creditors Holding Unsecured Nonpriority Claims                                          **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _FO-FARMER'S OUTLET, INC._ ,
                    **Debtor(s)**

Case No. _____
                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 28 <br> I&E Pallets <br> 877 Desert Willow <br> Imperial CA 92251 | | | Business debt | | | | $ 25,000.00 |
| Account No: <br> Creditor # : 29 <br> Imperial Irrigation District <br> P.O. Box 937 <br> Imperial CA | | | Business debt | | | | $ 31.59 |
| Account No: <br> Creditor # : 30 <br> Imperial Stores <br> P.O. Box 3010 <br> El Centro CA 92243 | | | Business debt | | | | $ 548.89 |
| Account No: <br> Creditor # : 31 <br> International Paper Co <br> P.O. Box 31001 <br> Memphis TN 38197 | | | Business debt | | | | $ 268,049.22 |
| Account No: <br> Creditor # : 32 <br> IPFS CORP <br> P.O. Box 100391 <br> Pasadena CA | | | Business debt | | | | $ 31.09 |

Sheet No. _6_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 293,660.79

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _FO-FARMER'S OUTLET, INC._____,    Case No._____
               **Debtor(s)**                                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 33 Jade Security Systems Inc 104 I St Brawley CA 92227 | | | Business debt | | | | $ 265.70 |
| **Account No:** Creditor # : 34 Jim Reiters Locksmith & Safe 1430 West State Street El Centro CA 92243 | | | Business debt | | | | $ 260.00 |
| **Account No:** Creditor # : 35 KC Welding & Rentals 1549 Dogwood Rd El Centro CA | | | Business debt | | | | $ 146.69 |
| **Account No:** Creditor # : 36 Kline Info Systems Inc 784 Northridge Ctr #371 Salinas CA 93906 | | | Business debt | | | | $ 1,281.00 |
| **Account No:** Creditor # : 37 Liberty Mutual Insurance P.O. Box 85834 San Diego CA 92186-5844 | | | Business debt | | | | $ 52,585.44 |

Sheet No. ___7___ of ___12___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 54,538.83

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _FO-FARMER'S OUTLET, INC._____,    Case No. _____
                                Debtor(s)                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 38 Lower Business Account Inc P.O. Box 530970 Atlanta GA | | | Business debt | | | | $ 67.52 |
| Account No: Creditor # : 39 Merchant Services P.O. Box 9599 Knoxville TN | | | Business debt | | | | $ 92.75 |
| Account No: Creditor # : 40 Mission Publications 5225 Canyon Crest Riverside CA 92507 | | | Business debt | | | | $ 420.00 |
| Account No: Creditor # : 41 National Funding Inc 9820 Towne Centre Dr. Suite 200 San Diego CA 92121 | X | | Judgment | | | | $ 131,000.00 |
| Account No: Representing: National Funding Inc | | | Salisian Lee LLP 444 S. Flower St. Ste. 2320 Los Angeles CA 90071-2924 | | | | |

Sheet No. __8__ of __12__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 131,580.27

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _FO-FARMER'S OUTLET, INC._____,          Case No._____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 94,727.90 |
| Creditor # : 42 Peco Pallets Inc 2 Bridge Street, Ste. 210 Irvington NY 10533 | | | Business debt | | | | |
| Account No: | | | | | | | |
| Representing: Peco Pallets Inc | | | Darren J. Epstein, Esq. 254 S. Main St., Ste. 406 New City NY 10956 | | | | |
| Account No: | | | | | | | $ 324.76 |
| Creditor # : 43 Pitney-Bowes P.O. Box 371887 Pittsburgh PA 15250 | | | Business debt | | | | |
| Account No: | | | | | | | $ 294.09 |
| Creditor # : 44 Prima Bella Produce Inc P.O. Box 95 11104 W Tracy Blvd Tracy CA 95304 | | | Business debt | | | | |
| Account No: | | | | | | | $ 141.75 |
| Creditor # : 45 Safeco Insurance Co P.O. Box 6486 Carol Stream | | | Business debt | | | | |

Sheet No. __9__ of __12__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 95,488.50

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07)   - Cont.

In re _FO-FARMER'S OUTLET, INC._____,        Case No. _____
                        **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 46 *Saikhon Family Trust* *P.O. Box 2078* *La Jolla CA 92038* | | | Rent in Arrears | | | | $ 10,000.00 |
| **Account No:** Creditor # : 47 *Sears* *P.O. Box 6283* *Sioux Falls SD 57117-6283* | | | Business debt | | | | $ 132.98 |
| **Account No:** Creditor # : 48 *Sellers Petroleum* *P.O. Box 747* *Yuma AZ* | | | Business debt | | | | $ 22,253.60 |
| **Account No:** Creditor # : 49 *Soroptomist International of Holtville* *P.O. Box 504* *Holtville CA 92250* | | | Business debt | | | | $ 40.00 |
| **Account No:** Creditor # : 50 *Sparkletts* *522 I Street* *Brawley CA 92227* | | | Business debt | | | | $ 278.91 |

Sheet No. __10__ of __12__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 32,705.49

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re *FO-FARMER'S OUTLET, INC.* _____ ,   Case No. _____

_____**Debtor(s)**                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 51 Staples Inc P.O. Box 9020 Des Moines IA | | | Business debt | | | | $ 1,045.47 |
| Account No: Representing: Staples Inc | | | McCarthy, Burgess & Wolfe 2600 Cannon Roaad Bedford OH 44146 | | | | |
| Account No: Creditor # : 52 Sunrise Credit Services Inc 260 Airport Plaza Blvd Farmingdale NY 11735 | | | Business debt | | | | $ 95.00 |
| Account No: Creditor # : 53 Tamac Properties, LLC 1432 McCabe Cove El Centro CA 92243 | | | Rent in Arrears | | | | $ 75,000.00 |
| Account No: Creditor # : 54 Temple Inland 1300 S. Mopac Expwy. 3rd Floor Austin TX 78746 | | | Business debt | | | | $ 459,405.54 |

Sheet No. __11__ of __12__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 535,546.01

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re *FO-FARMER'S OUTLET, INC.*_____,   Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>*Representing:*<br><br>*Temple Inland* | | | L. Scott Keehn<br>KEEHN LAW GROUP, APC<br>401 B. St. Ste 1470<br>San Diego CA 92101 | | | | |
| Account No:<br>Creditor # : 55<br>Vernon<br>604 W 4th St N<br>Dept. C<br>Newton IA 50208 | | | Business debt | | | | $ 4,492.47 |
| Account No:<br>Creditor # : 56<br>Western States Packaging Inc<br>13276 Paxton St<br>Pacoima CA 91331 | | | Business debt | | | | $ 17,034.91 |
| Account No:<br>Creditor # : 57<br>Yellow Pages United<br>PO Box 53282<br>Atlanta GA 30355 | | | Business debt | | | | $ 1,188.00 |
| Account No:<br>Creditor # : 58<br>Yesco<br>P.O. Box 11676<br>Tacoma WA 98411-6676 | | | Business debt | | | | $ 265.00 |

Sheet No. _12_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 22,980.38 |
|---|---|---|
|  | Total $ | $ 1,380,256.88 |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _FO-FARMER'S OUTLET, INC._ _____ / Debtor     Case No. _____
                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _DLL Financial Solutions_<br>_P.O. Box 41602_<br>_Philadelphia PA   19101-1602_ | Contract Type:_Equipment lease_<br>Terms: _3 years_<br>Beginning date:_1/1/2014_<br>Debtor's Interest:_Lessee_<br>Description: _2014 Hyster/H50ft Forklift_<br><br>Buyout Option:_$1.00_ |
| _Infinity_<br>_P.O. Box 78133_<br>_Dry Creek WV   25062-8133_ | Contract Type:_Vehicle lease_<br>Terms: _5 years_<br>Beginning date:_12/19/2014_<br>Debtor's Interest:_Lessee_<br>Description:_2015 Q50_<br><br>Buyout Option:_$25,055.75_ |
| _Infinity_<br>_P.O. Box 78133_<br>_Dry Creek WV   25062-8133_ | Contract Type: _Vehicle lease_<br>Terms: _4 years_<br>Beginning date:_12/1/2014_<br>Debtor's Interest:_Lessee_<br>Description:_QX60_<br><br>Buyout Option:_$40,000.00_ |
| _Lincoln Automotive Financial Svcs_<br>_P.O. Box 552679_<br>_Omaha NE   68154_ | Contract Type: _Vehicle lease_   _Repossessed 11-19-15_<br>Terms: _3 years_<br>Beginning date:_8/10/2014_<br>Debtor's Interest:_Lessee_<br>Description: _2014 Lincoln MKZ_<br><br>Buyout Option: _8/10/2017_ |
| _NMHG Financial Svcs_<br>_P.O. Box 643749_<br>_Pittsburgh PA   15264-3749_ | Contract Type:_Equipment lease_<br>Terms: _4 years_<br>Beginning date:_1/1/2014_<br>Debtor's Interest:_Lessee_<br>Description: _Hyster/H50ft Forklift_<br><br>Buyout Option:_$1.00_ |

B6G (Official Form 6G) (12/07)

In re _FO-FARMER'S OUTLET, INC._ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _NMHG Financial Svcs_<br>_P.O. Box 643749_<br>_Pittsburgh PA   15264-3749_ | Contract Type:_Equipment lease_<br>Terms: _4 years_<br>Beginning date:_1/1/2014_<br>Debtor's Interest:_Lessee_<br>Description: _Hyster/H50ft Forklift_<br><br>Buyout Option:_$1.00_ |

B6H (Official Form 6H) (12/07)

In re **FO-FARMER'S OUTLET, INC.** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Thomas Angulo<br>1604 E. Holton Rd<br>Holtville CA  92250 | National Funding Inc<br>9820 Towne Centre Dr.<br>Suite 200<br>San Diego CA  92121 |

8:46 PM
10/05/15
Accrual Basis

# Farmers Outlet Inc.
## Profit & Loss
### January through September 2015

|  | Jan - Sep 15 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Miscellaneous Income | 10,000.00 |
| Rebate/Refund | 0.01 |
| Sales | 544,781.58 |
| **Total Income** | 554,781.59 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 678,514.03 |
| Freight Costs | 10,324.10 |
| Merchant Account Fees | 3,092.75 |
| **Total COGS** | 691,930.88 |
| **Gross Profit** | -137,149.29 |
| **Expense** | |
| Advertising and Promotion | 8,882.94 |
| Auto and Truck Expenses | 16,768.41 |
| Bank Service Charges | 4,233.99 |
| Computer and Internet Expenses | 1,830.00 |
| Depreciation Expense | 1,906.85 |
| Donations | 4,741.27 |
| Draw | 27,961.45 |
| Dues & Subscriptions | 2,412.37 |
| Fuel and Lubricants | 35,182.82 |
| Insurance Expense | 97,280.38 |
| Interest Expense | 941.95 |
| License & Permits | 532.60 |
| Meals and Entertainment | 458.00 |
| Office Supplies | 2,162.65 |
| Outside Services | 32,225.46 |
| PARTS | 2,050.27 |
| Payroll Expenses | 231,222.51 |
| Postage | 1,571.30 |
| Printing and Reproduction | 90.29 |
| Professional Fees | 49,980.45 |
| Rent Expense | 15,151.50 |
| Repairs and Maintenance | 9,208.24 |
| Security | 611.45 |
| Supplies | 72,165.09 |
| Telephone Expense | 14,122.08 |
| Utilities | 12,061.68 |
| **Total Expense** | 645,756.00 |
| **Net Ordinary Income** | -782,905.29 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Ask My Accountant | 768,746.84 |
| CHECK REVERSAL | -275,120.44 |
| **Total Other Expense** | 493,626.40 |
| **Net Other Income** | -493,626.40 |
| **Net Income** | -1,276,531.69 |

Page 1

B6 Declaration (Official Form 6 - Declaration) (12/14)

In re _FO-FARMER'S OUTLET, INC., a Corporation_____   Case No. _____
                                    Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Thomas Angulo_____, _President_____ of the _Corporation_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: _11/18/2015_____          Signature _____
                                                    Name: _Thomas Angulo_
                                                    Title: _President_

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer: _____          Social security No. : _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (4/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re: *FO-FARMER'S OUTLET, INC.,*
   *a Corporation*
            Debtor

Case No. _____
            (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

SOURCE

Year to date:*$554,781.58*        *Operations*
  Last Year:*$3,628,124*        *Operations*
Year before:*$4,674,698*        *Operations*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 - (Official Form 7) (4/13)

**3. Payments to creditors**

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Peco Pallet, Inc. v. Debtor* | *Breach of contract* | *Supreme Court of NY, Westchester County* | *Pending* |
| *Helena Chemical Co. v. Debtor, ECN07273* | *Breach of contract* | *Superior Court, Imperial County* | *Pending* |
| *TIN Inc. v. Debtor, VC064302* | *Breach of contract* | *Superior Court, Los Angeles County* | *Pending* |
| *National Funding, Inc. v. Debtor, 37 -2015-00005729-CU-BC-CTL* | *Breach of contract* | *Superior Court, San Diego County* | *Judgment of plaintiff* |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None



List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

2014 Lincoln MKZ and 2015 Ford Explorer repossessed on 11-19-15 by Lincoln Automotive and Ford Motor Credit respectively.

**6. Assignments and receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Jerry Namba<br>Address:<br>504 East Chapel Street<br>Santa Maria, CA 93454 | Date of Payment:<br>Payor: FO-FARMER'S OUTLET, INC. | $7,300.00 |
| Payee:Effie Anastassiou<br>Address:242 Capitol Street<br>Salinas, CA 93901 | Date of Payment:<br>Payor:Debtor | $7,500.00 |
| Payee:Brian Whitaker<br>Address:732 State St.<br>El Centro, CA 92243 | Date of Payment:<br>Payor:Debtor | $1,310.00 |

B7 - (Official Form 7) (4/13)

**10. Other transfers**

None ☒   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| *Institution:Union Bank Address:* | *Account Type and No.:Checking 4240012362 Final Balance: ($567.00)* | *3/31/2015* |

**12. Safe deposit boxes**

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒   List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☒   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☒   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of

B7 - (Official Form 7) (4/13)

the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *FO-FARMER'S OUTLET, INC.* | *TaxPayer ID: 22-3890058* | *1604 E. Holton Road Holtville CA, 92250* | *Agriculture supplies* | *1/1/2000 to 9/14/2015* |
| *FO-FARMER'S OUTLET, INC.* | *TaxPayer ID: 22-3890058* | *1604 E. Holton Road* | | |

B7 - (Official Form 7) (4/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *a* Corporation | | *Holtville CA, 92250* | | |

☒ None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

☐ None   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| *Name:Amanda Sanchez*<br>*Address:Holtville, CA* | *Dates:9/14 to 7/15* |
| *Name:Regan Rothfleisch*<br>*Address:Holtville, CA* | *Dates:8/2008 to 9/2014* |
| *Name:Hutchinson & Bloodgood*<br>*Address:3205 S. Dogwood Rd*<br>*El Centro, CA 92243* | *Dates:1/1/2010 to present* |

☒ None   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☐ None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| *Name:Thomas Angulo* | *1604 E. Holton* |

B7 - (Official Form 7) (4/13)

| NAME | ADDRESS |
|------|---------|
| *Missing:* | *Holtville, CA 92250* |

---

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|
| *Last:5/2015* | *Supervisor:Josh Angulo* | *Value:Unknown*<br>*Basis:* |
| *Last:8/2015* | *Supervisor:Thomas Angulo* | *Value:$20,000*<br>*Basis:* |

---

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| *Name:Thomas Angulo*<br>*Address:1604 E. Holton*<br>*Holtville, CA 92250* | *President* | *100%* |

---

### 22. Former partners, officers, directors and shareholders

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

B7 - (Official Form 7) (4/13)

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| `Name:Thomas Angulo`<br>`Address:1604 E. Holton`<br>`Holtville, CA 92250`<br>`Relation:Principal` | `Date:`<br>`Purpose:` | `Amount:To be determined`<br>`Description: Estimated that`<br>`less than $40,000 drawn was`<br>`for personal use` |

**24. Tax Consolidation Group.**

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date  _11/18/2015_      Signature _____

`Thomas Angulo`          `President`
Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

CSD 1009 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Jerry Namba                     Bar #: 120117
Law Office of Jerry Namba
504 East Chapel Street
Santa Maria , CA  93454
(805) 347-9848     Fax:   (805) 347-9858

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re    FO-FARMER'S OUTLET, INC., a  Corporation

BANKRUPTCY NO.

Debtor.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____2,995.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____2,995.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0.00

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

CSD 1009

[Continued on Page 2]

CSD 1009 **(Page 2)** [04/28/96]

   d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    No adversary proceeding or contested matter

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED: 11/20/2015

    Jerry Namba               Bar #: 120117
    Law Office of Jerry Namba
    504 East Chapel Street
    Santa Maria , CA  93454
    (805) 347-9848    Fax:   (805) 347-9858

A&S SECURITY
1646 West Chester Pike
Suite 31


A&S SECURITY INC.
1761 West Adams Avenue
El Centro, CA


AERP CONSULTING
P.O. Box 21
Marina, CA  93933


All COUNTY FIRE, INC.
3183 Adams Avenue
San Diego, CA


Allied Credit/Alliance One
Attn: Bankruptcy
P.O. Box 2449
Gig Harbor, WA  98335


Allied Waste Service
P.O. Box 78829
Phoenix, AZ


AlSCO LINEN & UNIFORM RENTAL
3231 S. Florence Ln
Yuma, AZ  85365


American Express Business Plat
P.O. Box 0001
Los Angeles, CA  90096-8000

AT&T
P.O. Box 5025
Carol Stream, IL  60197-5025


Automated Manf Concepts, LLC
Po Box 330508
Pacoima, CA  91333


Bank of America
ATTN: Billing Inquiries
PO Box 15026
Wilmington, DE  19850-5026


Best Buy
P.O. Box 790441
Saint Louis, MO  63179


Blue Book Svc, INC.
845 E. Geneva Rd


CA LABOR LAW POSTER SERVICE
3687 Mt. Diablo Blvd. Ste 100
Lafayette, CA  94549


Capital One
P.O. Box 60067
City of Industry, CA  91716-00


Citibank N.A.
P.O. Box 461210
Bedford, OH  44146-1210

Continental Western Corp
P.O. Box 2418
San Leandro, CA  94577


Credit Bureau of Imperial Coun
P.O. Box 970
El Central, CA


Darren J. Epstein, Esq.
254 S. Main St., Ste. 406
New City, NY  10956


De Lage Landen Financial Svc I
P.O. Box 41602
Philadelphia, PA  19101-1602


DMV RENEWAL
P.O. Box 942897
Sacramento, CA


Effie Anastassiou, Esq.
242 Capital Street
P.O. Box 2210
Salinas, CA  93901


Fedex
P.O. Box 7221
Pasadena, CA


Ford Credit
P.O. Box 552679
Detroit, MI  48255-2679

Ford Credit
P.O. Box 39
Orange, CA 92666-0039


Frazee Industries, Inc
1950 S. 4th St
El Centro, CA


Gardener Trucking Inc
P.O. Box 747
Chino, CA  91708


Home Depot
P.O. Box 6031
The Lakes, NV  88901


Hutchinson and Bloodgood
3205 S. Dogwood Rd
El Centro, CA  92243


I&E Pallets
877 Desert Willow
Imperial, CA 92251


Imperial Irrigation District
P.O. Box 937
Imperial, CA


Imperial Stores
P.O. Box 3010
El Centro, CA 92243

International Paper Co
P.O. Box 31001
Memphis, TN  38197


IPFS CORP
P.O. Box 100391
Pasadena, CA


IRS
Centralized Insolvency Op
P. O. Box 7346
Philadelphia, PA  19101-7346


Jade Security Systems Inc
104 I St
Brawley, CA  92227


Jim Reiters Locksmith & Safe
1430 West State Street
El Centro, CA  92243


KC Welding & Rentals
1549 Dogwood Rd
El Centro, CA


Kline Info Systems Inc
784 Northridge Ctr #371
Salinas, CA  93906


L. Scott Keehn
KEEHN LAW GROUP, APC
401 B. St. Ste 1470
San Diego, CA  92101

Liberty Mutual Insurance
P.O. Box 85834
San Diego, CA  92186-5844


Lower Business Account Inc
P.O. Box 530970
Atlanta , GA


McCarthy, Burgess &  Wolfe
2600 Cannon Roaad
Bedford, OH  44146


Merchant Services
P.O. Box 9599
Knoxville, TN


Mission Publications
5225 Canyon Crest
Riverside, CA  92507


National Funding Inc
9820 Towne Centre Dr.
Suite 200
San Diego, CA  92121


Peco Pallets Inc
2 Bridge Street, Ste. 210
Irvington, NY  10533


Pitney-Bowes
P.O. Box 371887
Pittsburgh, PA  15250

Prima Bella Produce Inc
P.O. Box 95
11104 W Tracy Blvd
Tracy, CA  95304


Safeco Insurance Co
P.O. Box 6486
Carol Stream


Saikhon Family Trust
P.O. Box 2078
La Jolla, CA  92038


Salisian Lee LLP
444 S. Flower St. Ste. 2320
Los Angeles, CA  90071-2924


Sears
P.O. Box 6283
Sioux Falls, SD  57117-6283


Sellers Petroleum
P.O. Box 747
Yuma, AZ


Soroptomist International of H
P.O. Box 504
Holtville, CA  92250


Sparkletts
522 I Street
Brawley, CA  92227

Staples Inc
P.O. Box 9020
Des Moines, IA

Sunrise Credit Services Inc
260 Airport Plaza Blvd
Farmingdale, NY  11735

Tamac Properties, LLC
1432 McCabe Cove
El Centro, CA  92243

Temple Inland
1300 S. Mopac Expwy.
3rd Floor
Austin, TX  78746

Vernon
604 W 4th St N
Dept. C
Newton, IA  50208

Western States Packaging Inc
13276 Paxton St
Pacoima, CA  91331

Yellow Pages United
PO Box 53282
Atlanta, GA  30355

Yesco
P.O. Box 11676
Tacoma, WA  98411-6676